In the Matter of the Application of Arthur T. Sawyer to Review a Determination of William C. Chanler, as Corporation Counsel of the City of New York, and for an Order Directing Reinstatement to the Position of and Certification of the Payment of His Salary and Compensation as Associate Assistant Corporation Counsel, v. William C. Chanler, as Corporation Counsel of the City of New

York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.